# IN THE SUPREME COURT OF THE STATE OF NEVADA

JASON M. JOVAAG, AN INDIVIDUAL,
Appellant,

vs.

ATM OF LAS VEGAS, A NEVADA CORPORATION; ATM EXHIBITS, INC., A NEVADA CORPORATION; IRWIN RAYMER, AN INDIVIDUAL; BRETT RAYMER, AN INDIVIDUAL; AND WAYDE KING, AN INDIVIDUAL,
Respondents.

No. 71743

**FILED**

MAY 02 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an amended judgment and related orders. Eighth Judicial District Court, Clark County; Mark R. Denton, Judge.

On March 5, 2018, this court granted appellant's motion for an extension of time to respond to the motion to dismiss this appeal. Appellant's response was due by March 12, 2018. To date appellant has not filed a response or otherwise communicated with this court. Accordingly, we grant the motion, and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

SUPREME COURT
OF
NEVADA

(O) 1947A

18-14417

cc: Hon. Mark R. Denton, District Judge
Stephen E. Haberfeld, Settlement Judge
Mulliner Law Group, Chtd.
Marquis Aurbach Coffing
Bellon & Maningo, Ltd.
Eighth District Court Clerk